# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DONNA ELLIS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>STRATEGIC DISTRIBUTION, INC., a Delaware Corporation; and DOES 1 to 50, Inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-4997 SVW (PLAx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed: April 18, 2018<br>Action Removed: June 5, 2018<br>Trial Date: January 8, 2019 |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

DATED: October 5, 2018

*/s/ Paul L. Abrams*

The Hon. Paul L. Abrams
UNITED STATES MAGISTRATE JUDGE

4838-4952-1269.1     1     2:18-cv-4997 SVW (PLAx)
ORDER RE STIPULATED PROTECTIVE ORDER