JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DONNA ELLIS, an individual;<br><br>Plaintiff,<br><br>v.<br><br>STRATEGIC DISTRIBUTION, INC., a Delaware Corporation; and DOES 1 to 50, Inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-4997 SVW (PLAx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>District Judge:<br>The Hon. Stephen V. Wilson<br><br>Complaint Filed: April 18, 2018<br>Action Removed: June 5, 2018<br>Trial Date: January 8, 2019 |

Pursuant to the Stipulation of the parties, Plaintiff Donna Ellis' Complaint, including all causes of action therein, is dismissed, with prejudice, as to all Defendants.

**IT IS SO ORDERED.**

DATED: November 21, 2018

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE